Herbert C. Elmer, Respondent, v. Leland D. Van Rensselaer and Minnie Van Rensselaer, His Wife, Appellants.— Judgment unanimously affirmed, with costs. No opinion.

Louis Gornoya, Respondent, v. Alsen's American Portland Cement Works, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Susan B. Hughson and Herbert C. Way, as Executors, etc., of Frederick W. Hughson, Deceased, Appellants, v. The State of New York, Respondent.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, P. J., not voting.

Hudson Baseball Association, Respondent, v. Greater New York Baseball Association, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.   Cochrane, J., not sitting.

John J. Kiley, Respondent, v. Edith Brockway and George A. Brockway, as Executors and Trustees of the Last Will and Testament of William N. Brockway, Deceased, and Others, Appellants,— Judgment and order unanimously affirmed, with costs. No opinion.

John Kelly, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Joseph S. Kile, as Executor, etc., of Joseph S. Kile, Sr., Deceased, Respondent, v. Alice M. Evans, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Mary A. Larkin, Respondent, v. The Cortland County Traction Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Estate of Mary L. Carroll, Deceased. In the Matter of the Claim of the City of Troy, Appellant, v. The Estate of Mary L. Carroll, Deceased, Respondent.— Decree unanimously affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Account of William B. Dodd and Charles C. Lester, as Executors of and Trustees under the Last Will and Testament of Henry B. Hanson, Deceased, Respondents. Walter H. Hanson and Walter L. Hanson, by Nash Rockwood, His Special Guardian, Appellants.— Decree modified so as to disallow commissions to the trustees of $308.88 on the ground that such allowance at this time is premature, and as so modified unanimously affirmed so far as appealed from, with costs to both parties payable out of the estate. All concurred. Kellogg, J., not sitting.

In the Matter of the Application of the Village of Potsdam, Appellant, for a Certificate of Authority to Establish a Lighting System for Supplying the Inhabitants with Electric Lights. Potsdam Electric Light and Power Company, Respondent.— Order unanimously affirmed, with costs. No opinion.

In the Matter of the Application of Michael J. Flaherty, as Sheriff of the County of Kings, Appellant, v. Charles F. Milliken and Others, Composing the

Civil Service Commission of the State of New York, Respondents.— Order affirmed, with costs. No opinion. All concurred, except Smith, P. J., and Sewell, J., dissenting.

Rebecca McDonough, Respondent, v. Anna E. Morton, Appellant, Impleaded with James J. Moran and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

James D. Nelligan, Appellant, v. Jay C. Deviney, Respondent.— Judgment unanimously affirmed, with costs. No opinion.